```
 1   your right hand?
 2                        (Witness sworn.)
 3       THE COURT:  All right.  You may sit down.
 4                         TOMEKA WASH,
 5   called as a witness on behalf of the Defendant, having
 6   been first duly sworn, was examined and testified as
 7   follows:
 8                       DIRECT EXAMINATION
 9                              BY
10                         MR. COWAN:
11       Q    Would you state your name, please?
12       A    Tomeka Wash.
13       Q    How old are you, Ms. Wash?
14       A    Twenty-two.
15       Q    I can't hear you?
16       A    Twenty-two.
17       THE COURT:  Can you spell your first and last name
18   for the court reporter?
19       THE WITNESS:  T-o-m-e-k-a W-a-s-h.
20   BY MR. COWAN:
21       Q    Can you tell us where you live?
22       A    1315 South Homan.
23       Q    Okay.  And I'm going to ask you if you know
24   Mr. Blackmon?
```

**EXHIBIT 41**

BLACKMON004458

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | And how long have you known him? |
| 3 | A | For like four years -- four, three years. |
| 4 | Q | Can you speak up, please? |
| 5 | A | For like four years. |
| 6 | Q | Did you know Mr. Blackmon on July 4, 2002? |
| 7 | A | Yes. |
| 8 | Q | And did you have occasion to see him on that |
| 9 | day? | |
| 10 | A | Yes. |
| 11 | Q | What was the first time you saw him on July |
| 12 | 4, 2002? What time was it? | |
| 13 | A | Like at -- |
| 14 | Q | I can't hear you, ma'am? |
| 15 | A | At eight o'clock. Eight. |
| 16 | Q | Is that p.m. or a.m.? |
| 17 | A | A.m. |
| 18 | Q | Okay. And where would that be, ma'am? |
| 19 | A | At my house, 1315 South Homan. |
| 20 | Q | Okay. And what was the purpose for you |
| 21 | seeing him at that time? | |
| 22 | A | Because he was bringing me the food to |
| 23 | pre-cook for the picnic -- the barbecue. | |
| 24 | Q | What picnic are you speaking of? |

BLACKMON004459

1    A    The one that was in the lot across the street
2   from my house.
3    Q    Okay. There was going to be a picnic across
4   the street from your house?
5    A    Yes.
6    Q    He was bringing you food to pre-cook?
7    A    Yeah.
8    Q    Okay. And what did he bring you?
9    A    Some chicken and some ribs.
10   Q    All right.
11   A    That was --
12   Q    And did he stay with you or did he leave?
13   A    He left.
14   Q    Okay. When was the next time you saw him?
15   A    When I -- When I came outside.
16   Q    What time was that?
17   A    That was like at one -- one, two.
18   Q    In the afternoon?
19   A    Yes.
20   Q    Where was he?
21   A    He was down there firing up the grill.
22   Q    Where did he get the grill?
23   A    From -- I think, he -- I think, he got it out
24   my basement.

BLACKMON004460

```
 1      Q    Okay. And do you know the address of this
 2  picnic?
 3      A    It's 720 -- I mean, 1320.
 4      Q    You're saying at one o'clock in the
 5  afternoon, you saw Mr. Blackmon in the lot?
 6      A    Yes.
 7      Q    And you say, he was firing up the grill?
 8      A    Yes, he was cooking.
 9      Q    Okay. And what did you do then?
10      A    I basically -- I stayed out there, watched
11  them -- him cook. I was running back and forth at my
12  house.
13      Q    Who was doing the cooking?
14      A    Eric.
15      Q    Okay. And where were you at two o'clock?
16      A    I was there.
17      Q    Where?
18      A    At the picnic.
19      Q    Okay. How many people were there?
20      A    Between 20, 30, 40 people.
21      Q    Okay. Did more people come as the afternoon
22  wore on?
23      A    Yes. And people were leaving, too.
24      Q    Did you see Mr. Blackmon around four o'clock?
```

A-63

BLACKMON004461

```
 1      A    Yes.
 2      Q    Where was he?
 3      A    At the picnic.
 4      Q    What was he doing there?
 5      A    He was playing chess, barbecuing.
 6      Q    Barbecuing.  He was cooking?
 7      A    Yes.
 8      Q    Was he -- Did he ever leave from four o'clock
 9 on?
10      A    Not that I know of.
11      Q    Was his car there?
12      A    Yes.
13      Q    And how would you know if he left or not?
14      A    I wouldn't know.  I didn't see him leave.
15      Q    Was he doing the cooking the entire time?
16      A    Yes.
17      Q    Was he the cook at the barbecue?
18      A    Yes.
19      Q    And how late did you stay?
20      A    I stayed until like ten -- ten o'clock in the
21 afternoon --
22      Q    Did you --
23      A    -- that night.
24      Q    Did you see Mr. Blackmon at the end of the
```

A-64

```
 1    barbecue?
 2        A    I can't recall.
 3        Q    Okay.  When was the last time you saw Mr.
 4    Blackmon?  What time was it?
 5        A    Like at -- It was at least at nine.
 6        Q    Okay.  So you're saying that you saw Mr.
 7    Blackmon at the barbecue from around one o'clock in
 8    the afternoon until nine o'clock at night?
 9        A    Yes.
10        Q    And you're certain he did not leave?
11        A    Yes.
12        Q    And he was the cook there?
13        A    Yes.
14        Q    Preparing all the food?
15        A    Yes.
16        Q    Were you in close proximity to him?
17        A    Excuse me?
18        Q    Your body, you could see him all the time?
19        A    Yes.
20        Q    Okay.  His car, did it ever leave?
21        A    No.
22    MR. COWAN:  Nothing further.
23
24
```

BLACKMON004463

```
                    CROSS EXAMINATION
                          BY
                    MS. WALOWSKI:
     Q    Ms. Wash, you have a previous felony
conviction, don't you?
     A    Yes.
     Q    That's for possession of a controlled
substance, right?
     A    Yes.
     Q    And you received -- That was from Judge Ricky
Jones, where you received probation, right?
     A    Yes.
     Q    In 2002?
     A    Yes.
     Q    And you also have another -- You had another
felony conviction as well, from 2003, right?
     A    Yes.
     Q    And that was also for delivery of a
controlled substance, right?
     A    Yes.
     Q    And you got probation again for that, right?
     A    Yes.
     Q    And you're currently on that probation,
aren't you?
```

A-66

```
 1      A    Yes.
 2      Q    That's in front of Judge Jones again, right?
 3      A    Yes.
 4      Q    And how do you -- How is it that you know the
 5  Defendant?
 6      A    I know him.  He's a friend.  He tried to
 7  flirt with me.
 8      Q    Okay.  Did you ever date him?
 9      A    No.
10      Q    Were you ever his girlfriend?
11      A    Uhn-uhn.
12      Q    Do you know any of his girlfriends?
13      A    No.
14      Q    Well, do you know any of the girls he dated
15  or had children with?
16      A    I just know his baby's mother.
17      Q    Who is that?
18      A    What's her name?  Shareese.
19      Q    "Shareese"?
20      A    Yes.
21      Q    Okay.  And that's the mother of his child?
22      A    Yes.
23      Q    And how do you know Shareese?
24      A    She was in the car with him.
```

A-67

```
1    Q    I can't hear you.
2    A    She -- She was in the car with him before.
3    Q    "She was in the car with him before"?
4    A    Yes.
5    Q    That's how you know her?
6    A    Yes.
7    Q    Well, did you ever have contact with her
8  personally?
9    A    No.
10   Q    You never talked to her?
11   A    No, not one-on-one.
12   Q    Not one-on-one.  Well, do you know Shawn
13 Dallas?
14   A    Yes.
15   Q    Who is that?
16   A    That's my friend.
17   Q    Okay.  How do you know Shawn Dallas?
18   A    Through the neighborhood?
19   Q    Okay.  And does Shawn know Shareese, the
20 Defendant's mother's -- the Defendant's child's
21 mother?
22   A    I really -- I really couldn't tell you that.
23   Q    You couldn't -- You don't know that?
24   A    Uhn-uhn.
```

BLACKMON004466

```
 1    Q    Okay.  And how long would you say you've
 2  known the Defendant?
 3    A    Eric?
 4    Q    Yes.
 5    A    Four years.
 6    Q    Four years.  Do you see him everyday?
 7    A    Not everyday.
 8    Q    How often would you see him?
 9    A    Probably twice a week.
10    Q    Okay.  How often would he come to your house?
11    A    Twice a week.
12    Q    Twice a week.  Did you live alone or with
13  anyone else?
14    A    I stay with my mother.
15    Q    And you would -- Besides coming over your
16  house twice a week, would you see him outside of your
17  house?
18    A    Yeah, walking up and down the street.
19    Q    Down on that block, right?
20    A    Yep.
21    Q    Right around 13th, 14th and Homan,
22  Christiana?
23    A    On Homan.  I would see him on Homan.
24    Q    You would see him on Homan all the time?
```

A-69

```
1      A     Yes.

2      Q     You would see him with other boys?

3      A     Yes.  Shawn.

4      Q     Pardon?

5      A     Shawn.

6      Q     And that day, you said -- July 4th, of 2002,
7   you remember that day, right?

8      A     Yes.

9      Q     What did you do last year for July 4th?

10     A     Last year, I didn't do anything for July 4th.

11     Q     How about the year before?

12     A     What did I do?  I did --

13     Q     Let me ask you this:  How do you remember
14   July 4th, of 2002?

15     A     Because I remember Eric being -- I remember
16   we threw a barbecue.

17     Q     Is that the only year you threw a barbecue
18   for 4th of the July?

19     A     That we -- That I actually threw it.  That
20   was the only time that I threw a barbecue.

21     Q     You said, that you threw the barbecue in a
22   lot, right?

23     A     Yes.

24     Q     Or it was at another address actually, right?
```

A-70

BLACKMON004468

```
 1      A      (Nodding.)
 2      Q      Is that a "Yes"?
 3      A      Yes.
 4      Q      You said 1320 South Homan?
 5      A      Yes.
 6      Q      Somebody else lives there, right?
 7      A      No.  It wasn't no one staying there at the
 8   time.
 9      Q      Okay.  Who is Mrs. Thomas?
10      A      She's deceased.
11      Q      Okay.
12      A      She was an elderly lady.
13      Q      Wasn't that her house?
14      A      Yes, but she was deceased.
15      Q      So she no longer lived there?
16      A      Yeah.  Wasn't nobody staying there.
17      Q      So you decided to throw a barbecue in her
18   yard or area?
19      A      Yes.
20      Q      And that's the only time you ever did that --
21      A      Yes.
22      Q      -- that July 4th of 2002?
23      A      Yes.
24      Q      And you said, there were about 20 to 30 or 40
```

BLACKMON004469

```
 1   people, right?
 2        A    Yes.
 3        Q    Okay.  And how -- You said, you came out
 4   about one or two o'clock?
 5        A    Yes.
 6        Q    And you stayed out or you came in and out
 7   until when?  When did you finally go in?
 8        A    I finally went in the house like at ten,
 9   eleven.  It was late.
10        Q    Okay.  Well, throughout that period of time,
11   did you talk to people?
12        A    Excuse me?
13        Q    Throughout that period of time, from the time
14   you came out until the time you went in, did you talk
15   to people?
16        A    Yes.  I socialized.
17        Q    Okay.  About how many people did you talk to?
18        A    I was talking to mainly my family because I
19   really didn't know too many people.
20        Q    Well, were you in one spot or when you
21   socialized did you --
22        A    I was walking around.  It's a little, narrow
23   lot (indicating).  I was walking around talking.
24        Q    And people were coming and going, right?
```

BLACKMON004470

1    A    Yes.

2    Q    But you're sure that Eric was there the whole
3    entire time?

4    A    Yes.

5    Q    Did you have him in your sight?

6    A    Yes.

7    Q    The whole time?

8    A    Yes.

9    Q    You never lost sight of him?

10    A    Yes.

11    Q    And your testimony is that he cooked
12    throughout that whole period of time?

13    A    Yes.

14    Q    He never left that barbecue?

15    A    No.

16    Q    Okay. And can you -- If you remember, can
17    you name some of the people that were there?

18    A    Shawn.

19    Q    That's -- That's the guy you talked about
20    earlier, right?

21    A    Yes. And -- And Terrell and Eric.

22    Q    Shawn, Terrell, and Eric?

23    A    Right.

24    Q    That's about all you can remember that were

A-73

BLACKMON004471

```
 1   there?
 2       A    Yes.  Them are the people I know.
 3       Q    Pardon?
 4       A    Them are the people I know.
 5       Q    Everybody else that was there, you didn't
 6   know?
 7       A    Uhn-uhn.
 8       Q    Is that a "No"?
 9       THE COURT:   Is that a "No"?
10       THE WITNESS:  Yes.
11   BY MR. COWAN:
12       Q    And you said Shawn.  Is he your boyfriend?
13       A    No.
14       Q    All right.  But Shawn is good friends with
15   the Defendant, Eric, right?
16       A    Yes.
17       Q    Okay.  And you know Shawn very well as well,
18   correct?
19       A    Yes.
20       MS. WALOWSKI:  I have nothing else.
21       THE COURT:   Any redirect?
22       MR. COWAN:   No, your Honor.
23       THE COURT:   Ma'am, you can step down.  Thank you.
24                            (Witness excused.)
```

A-74