# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Eric Blackmon

                Plaintiff,

v.

City of Chicago, et al.

                Defendant.

Case No.: 1:19–cv–00767
Honorable Lindsay C. Jenkins

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 13, 2024:

    MINUTE entry before the Honorable Lindsay C. Jenkins: The parties report their availability for a trial beginning on September 16, 2024 for 10 trial days. The Court sets aside the weeks of September 16 and September 23, 2024 for trial in this matter (and the parties are to do the same), though it observes that the current briefing schedule before the Seventh Circuit Court of Appeals makes a September trial date ambitious. No later than 3 days after the appeal is set for oral argument, the parties are to file a status report stating the oral argument date so that this Court can consider whether the trial date should stand. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.