IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIC BLACKMON,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF CHICAGO, *et al.*<br><br>      Defendants. | Case No. 19 C 00767<br><br>Judge Lindsay C. Jenkins |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

Plaintiff Eric Blackmon, through his undersigned counsel, respectfully moves the Court for entry of an order granting him leave to file his Motions *In Limine*, which are 41 pages in length. In support thereof, Plaintiff states as follows:

1. This Court's Standing Order Governing Proposed Pretrial Orders states that a party must consolidate separate motions *in limine* into a single filing and that motions *in limine* are limited to 25 pages per side absent leave of Court.

2. Despite best efforts, to adequately address the disputed evidentiary issues prior to trial, Plaintiff seeks leave to file 11 motions *in limine* in a single filing totaling 41 pages in length.

3. The undersigned has spoken with Defendants' counsel and is authorized to represent that there is no objection to this motion. Further, Plaintiff does not oppose any request by Defendants for excess pages.

WHEREFORE, Plaintiff Eric Blackmon respectfully requests that this Court grant this Motion and accept Plaintiff's oversized Motions *in Limine*, which is being filed concurrently herewith.

|  |  |
|---|---|
| Dated: June 26, 2025 | Respectfully submitted, |

/s/ Ronald S. Safer

Ronald S. Safer (rsafer@rshc-law.com)
Matthew C. Crowl (mcrowl@rshc-law.com)
Brendan J. Gerdes (bgerdes@rshc-law.com)
Maegan McAdam (mmcadam@rshc-law.com)
Robert P. Foley (rfoley@rshc-law.com)
RILEY SAFER HOLMES & CANCILA LLP
1 S. Dearborn St., Suite 2200
Chicago, Illinois 60603
(312) 471-8700 (tel)
(312) 471-8701 (fax)

*Attorneys for Plaintiff Eric Blackmon*